

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-25-00002-CV |
| IN THE MATTER OF THE ESTATE OF RONALD FRANKLIN WARREN, | § | Appeal from the |
| | § | 83rd District Court |
| DECEASED. | § | of Pecos County, Texas |
| | § | (TC# P-8696-83-CV) |
| | § | |

**MEMORANDUM OPINION**

Appellant, Karen Ashley Courtney-Warren, filed a notice of appeal in the above-styled and numbered cause with this Court.

When the appeal was docketed in this court on January 2, 2025, the Clerk of this Court notified Appellant that it appeared that there was no appealable order or judgment. We requested Appellant to show grounds for continuing the appeal or this Court would dismiss for want of jurisdiction. *See* Tex. R. App. P. 25.1(d)(2) (providing that a notice of appeal "[must] state the date of the judgment or order appealed from"). Appellant timely responded to our notice but did not identify the date of the judgment or order and otherwise failed to establish this Court's jurisdiction.

We have since received two documents from the District Clerk of Pecos County, Texas. From our review of the records, we determined Appellant's notice of appeal was late but filed within 15 days of the deadline for the notice of appeal. Tex. R. App. P. 26.1. On January 31, 2025, we issued an order requesting Appellant to file a motion for extension of time to file the notice of appeal that meets the requirements of Rule 10.5(b)(2) by February 21, 2025. *See* Tex. R. App. P. 10.5(b)(2), 26.3.

As of this date, we have not received a motion for extension of time to file the notice of appeal, nor have we received any type of response from Appellant. Additionally, we received a letter from the district clerk informing this Court that Appellant has not paid, nor arranged to pay, for the preparation of the clerk's record. *See* Tex. R. App. P. 35.3(a)(2). Lastly, Appellant has failed to file a docketing statement after two requests from this Court.

Because Appellant has failed to file the requested motion, make arrangements for the clerk's record, file a docketing statement, or otherwise comply with this Court's directives, we dismiss the appeal. See Tex. R. App. P. 42.3.

MARIA SALAS MENDOZA, Chief Justice

March 10, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.